# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KOVACS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN TELECAST PRODUCTS, LLC., a Delaware limited Company; and TOTAL GYM FITNESS, LLC, a Pennsylvania limited liability company, DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 2:26-CV-02707-WLH-EX<br><br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAYS [15]** |

This matter is before the Court on an unopposed motion by Defendants AMERICAN TELECAST PRODUCTS, LLC ("ATP") and TOTAL GYM FITNESS, LLC ("TGF") (collectively "Defendants"), for an additional 30-day extension to file responsive pleadings to the Complaint filed by Plaintiff Frank Kovacs. For good cause shown, the Court hereby **GRANTS** the unopposed motion and **ORDERS** that Defendants shall file their responsive pleadings on or before June 11, 2026.

**IT IS SO ORDERED.**

DATED: May 18, 2026

_____

HON WESLEY L. HSU
UNITED STATES DISTRICT JUDGE